FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 NOV 20 AM 9:57

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

AKEEM MAKEEN
_____, Plaintiff
individually and on behalf of all others
similarly situated,

v.

THE WATERFORD ON PIEDMONT APARTMENTS
_____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Akeeem Makeen, 3312 S Tulare Cir Denver, CO 80231

(Name and complete mailing address)

720 329 8081   Makeen@comcast.net

(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   The Waterford On Piedmont Apartments, 530 Piedmont Avenue NE Atla

(Name and complete mailing address)   Atlanta, GA 30308

404 870- 9992

(Telephone number and e-mail address if known)

Defendant 2: _____

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3: _____

(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: _____

(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☑ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Americans with Disabilities Act (ADA)
_____

☑ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of Colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of Georgia (name of state or foreign nation).

Defendant 1 has its principal place of business in Georgia (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: the Americans with Disabilities Act

Supporting facts:

Mr. Makeen is an African American that is a person protected under the Americans with Disabilities Act (ADA) who has been classified as a person with a qualified disability that is receiving disability. On July 23, 2019 I traveled from Denver Colorado to Buckhead, Ga for testing at Emory Hospital to be placed on their organ transplant list. While in Atlanta I was staying at The Waterford On Piedmont Apartments while entering the garage a noticed a handicap parking space on the left and another one to the right, left of the front door. I proceeded to park in the space on the right next to the front door, this space like the other one had the required BLUE handicap only parking notices, one in front and one on the left and on also on the ground. After parking I placed my valid blue handicap platter hanging from the rear view mirror and went to my room. When I returned later that day the rental car was not there, I went to the secured desk and inquired if they knew what happen to the rental car. The stated no, the guard on duty left to go make his rounds and left his log book opened in plain view there was a entry that stated towed car today that was in the handicap parking space for Ms. Parker. I then called the posted tow company that was listed on the notices and they informed me that they did have the car and that security guard on duty was the one that had it towed. I went back to talk with the security guard and asked him why did he have it towed and his response was it is a reserved space, I said yes it is for any and all ADA persons that have a valid handicap parking permit, he said reserved parking in the garage but the only signs reflecting reserved parking was the required ADA handicap signs for reserved parking, then he said it was reserved for a specify person and no one else. I told him you can't do that it is against the ADA. I had testing to do the next day for a organ transplant and now I didn't know just how I was going to get there, because testing started early in the morning and the towing company had informed me that they would need a release letter from the car rental company and they had informed me that they couldn't get me one until the next day. See next page

## **CLAIM ONE**

At 5:00 am I had Lyft come and pick me up and take me the hospital, at about noon I was able to pick up the car. Once back at Waterford on Piedmont Apartments a different security guard was on so I asked him why did they towed my car, he stated because all of the parking spaces are reserved even the handicap ones, I informed him that they can't be, that an ADA symbol implicitly authorizes anyone with a handicap permit to park in that space, and you have 150 units and no real handicap parking because they are all reserved. Throughout my stay I had to have my caretaker drop me off and pick me up from the front door.  On July 26, 2019 I sent a letter requesting correction and reimbursement of the cost of this ordeal, I received a call from a lady confirming receipt of the letter, we talked for a short time and she said she would be back in touch with me in a few days, never heard from her again. On August 27, 2019 I sent a follow up letter and received no response.

CLAIM TWO: Intentional Infliction of Emotional Distress

Supporting facts:

Makeen has sustained severe emotional trauma, distress and harm" as a result of defendant negligence. Defendant have acted intentionally and/or recklessly with their conduct which has been extreme and/or outrageous which is the direct cause of Mr. Makeen's severe emotional distress. Defendant has intentionally and/or recklessly violated the ADA which caused severe emotional distress. Defendant have acted intentionally and/or recklessly with their conduct which has been extreme and/or outrageous which is the direct cause of Mr. Makeen's severe emotional distress.

Makeen consequentially suffered damages, and is entitled to, inter alia, monetary damages in amount to be proven at trial, in addition to reasonable costs, expenses, and attorney's fees all in amounts to be proven at trial

5

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

```
Injunctive relief as the court sees fit in order to remedy defendants'
past unlawful conduct and to prevent future unlawful conduct by
defendants;All relief provided by the Americans with Disabilities Act
Reimbursement for all costs including  attorney fees, Award such other and
additional relief as may be necessary to make Mr. Makeen whole on each and
every cause of action
```

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

__11-20-19_____
(Date)

(Revised December 2017)